# In the United States Court of Federal Claims

**No. 04-1495T**
**Filed: October 29, 2007**

HENRY W. BATES and
PATRICIA D. BATES

v.

THE UNITED STATES

**NOTICE OF REASSIGNMENT TO:**

**Judge George W. Miller**

**Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.**

Brian Bishop

Brian Bishop, Clerk